UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THE STATE OF MISSOURI, ex rel. ANDREW BAILEY, in his official capacity as Missouri Attorney General, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:24-cv-00955-AGF |
| INTERNAL REVENUE SERVICE, | ) ) ) | |
| Defendants. | | |

### ORDER RESCHEDULING RULE 16 CONFERENCE

Due to a scheduling conflict,

**IT IS HEREBY ORDERED** that the Rule 16 conference set for September 25, 2024 at 11:30 a.m. via Zoom is **RESCHEDULED** for **September 25, 2024 at 2:00 p.m.** This is a **time change only**. The Zoom log in information remains the same.

Except as set forth above, the previously entered Order Setting Rule 16 Conference shall remain in effect.

Dated this 19th day of September, 2024.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE