IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THE STATE OF MISSOURI, ex. rel. ANDREW BAILEY, in his official capacity as Missouri Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. 4:24-cv-00955-AGR |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order (ECF No. 8) in this Freedom of Information Act (FOIA) case, the parties file this Joint Status Report.

The Internal Revenue Service (the "Service") is continuing to collect and review records potentially responsive to the State of Missouri's FOIA request, and the parties are continuing to discuss the search. To date, the Service has collected records from four primary custodians, which are being processed and loaded onto the Service's document management system Relativity for review. The Service has also located and is reviewing, separately from the above custodian collections, a tranche of documents that contains a substantial volume of records responsive to Plaintiff's FOIA request. The Service has been reviewing those records and has made two releases totaling 545 pages to Plaintiff on December 23, 2024 and January 24, 2025.

Pursuant to the Court's Scheduling Order the parties will provide their next joint status report on March 25, 2025.

Dated: January 24, 2025

        DAVID A. HUBBERT
        Deputy Assistant Attorney General

        */s/ Ryan O. McMonagle*
        RYAN O. MCMONAGLE
        ANNA A. MILLER
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 227
        Washington, D.C.  20044
        Tel: 202-307-1355 (ROM)
        Fax: 202-514-6866
        Ryan.McMonagle@usdoj.gov
        Anna.A.Miller@usdoj.gov

        *Counsel for the Internal Revenue Service*

        ANDREW BAILEY
        Missouri Attorney General

        */s/ Todd A. Scott*
        Todd A. Scott, #56614
           Senior Counsel

        */s/ Andrew J. Crane*
        Andrew J. Crane, #68017
           Assistant Attorney General
        Missouri Attorney General's Office
        P.O. Box 899
        Jefferson City, MO 65102
        Tel: (573) 751-8366
        Fax: (573) 751-0774
        E-mail: Todd.Scott@ago.mo.gov

        *Counsel for Plaintiff*