IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THE STATE OF MISSOURI, ex. rel. ANDREW BAILEY, in his official capacity as Missouri Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. 4:24-cv-00955-AGR |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order (ECF No. 8) in this Freedom of Information Act (FOIA) case, the parties file this Joint Status Report.

The Internal Revenue Service (the "Service") is continuing to collect and review records potentially responsive to the State of Missouri's FOIA request, and the parties are continuing to discuss the search. To date, the Service has collected records from four primary custodians, for review. The Service has also located and is reviewing, separately from the above custodian collections, a tranche of documents that contains a substantial volume of records responsive to Plaintiff's FOIA request. The Service has been reviewing those records and has made five releases totaling 1127 pages to Plaintiff on December 23, 2024, January 24, 2025, February 28, 2025, March 14, 2025, and March 27, 2025.

Pursuant to the Court's Scheduling Order the parties will provide their next joint status report on May 31, 2025.

Dated: March 27, 2025

                                    */s/ Ryan O. McMonagle*
                                    RYAN O. MCMONAGLE
                                    ANNA A. MILLER
                                    Trial Attorneys, Tax Division
                                    U.S. Department of Justice
                                    P.O. Box 227
                                    Washington, D.C.  20044
                                    Tel: 202-307-1355 (ROM)
                                    Fax: 202-514-6866
                                    Ryan.McMonagle@usdoj.gov
                                    Anna.A.Miller@usdoj.gov

                                    *Counsel for the Internal Revenue Service*


                                    ANDREW BAILEY
                                    Missouri Attorney General

                                    */s/ Todd A. Scott*
                                    Todd A. Scott, #56614
                                         Senior Counsel

                                    */s/ Andrew J. Crane*
                                    Andrew J. Crane, #68017
                                         Assistant Attorney General
                                    Missouri Attorney General's Office
                                    P.O. Box 899
                                    Jefferson City, MO 65102
                                    Tel: (573) 751-8366
                                    Fax: (573) 751-0774
                                    E-mail: Todd.Scott@ago.mo.gov

                                    *Counsel for Plaintiff*