IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THE STATE OF MISSOURI, ex. rel.<br>ANDREW BAILEY, in his official capacity<br>as Missouri Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. 4:24-cv-00955-AGR |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order (ECF No. 8) in this Freedom of Information Act (FOIA) case, the parties file this Joint Status Report.

The Internal Revenue Service (the "Service") is continuing to collect and review records potentially responsive to the State of Missouri's FOIA request, and the parties are continuing to discuss the search. To date, the Service has collected records from four primary custodians, for review. The Service has also located and is reviewing, separately from the above custodian collections, a tranche of documents that contains a substantial volume of records responsive to Plaintiff's FOIA request. The Service has been reviewing those records and has made seven releases totaling 1,671 pages to Plaintiff on December 23, 2024, January 24, 2025, February 28, 2025, March 14, 2025, and March 27, 2025, April 30, 2025, and May 28, 2025.

Pursuant to the Court's Scheduling Order the parties will provide their next joint status report on July 31, 2025.

Dated: May 30, 2025

                              */s/ Ryan O. McMonagle*
RYAN O. MCMONAGLE
ANNA A. MILLER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: 202-307-1355 (ROM)
Fax: 202-514-6866
Ryan.McMonagle@usdoj.gov
Anna.A.Miller@usdoj.gov

*Counsel for the Internal Revenue Service*

ANDREW BAILEY
Missouri Attorney General

*/s/ Todd A. Scott*
Todd A. Scott, #56614
    Senior Counsel

*/s/ Andrew J. Crane*
Andrew J. Crane, #68017
    Assistant Attorney General
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102
Tel: (573) 751-8366
Fax: (573) 751-0774
E-mail: Todd.Scott@ago.mo.gov

*Counsel for Plaintiff*

2