## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

STATE OF MISSOURI ex rel.  )
BAILEY,        )
           )
    Plaintiff,   )
           )  No. 4:24-CV-00955-AGF
v.          )
           )
INTERNAL REVENUE SERVICE, )
           )
    Defendant.  )

### Joint Stipulation of Dismissal

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff State of Missouri ex rel. Andrew Bailey and Defendant Internal Revenue Service, by undersigned counsel, stipulate to the dismissal of this action. Each party shall bear its own costs, attorney's fees, and expenses.

Respectfully Submitted,

**ANDREW BAILEY**
Attorney General

*/s/ Todd A. Scott*
Todd A. Scott, #56614
 Senior Counsel

*/s/ Andrew J. Crane*
Andrew J. Crane
Deputy Chief Counsel,
Governmental Affairs
Missouri Bar No. 68017
P.O. Box 899
Jefferson City, MO 65102
Telephone: 573-751-0264

1

Fax: 573-751-5660
Andrew.Crane@ago.mo.gov

Counsel for Plaintiff

*/s/ Ryan O. McMonagle*
RYAN O. MCMONAGLE
ANNA A. MILLER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
Tel: 202-307-1355 (ROM)
Fax: 202-514-6866
Ryan.McMonagle@usdoj.gov
Anna.A.Miller@usdoj.gov

*Counsel for the Internal Revenue Service*